### MAC ARRANT v. THE STATE.

No. 8241.    Decided June 18, 1924.

**Burglary—Sufficiency of the Evidence.**

Where, upon trial of burglary the evidence is sufficient to support the conviction, the judgment is affirmed, in the absence of bills of exception in the record.

Appeal from the Criminal District Court of Tarrant. Tried below before Honorable Geo. E. Hosey.

Appeal from a conviction of burglary; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*E. S. Allen,* for appellant.

*Tom Garrard,* Attorney for the State, and *Grover C. Morris,* Assistant Attorney for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Tarrant County of burglary, and his punishment fixed at two years in the penitentiary.

There are four bills of exception in the record. We have examined each of them and have found nothing calling for any discussion or analysis on our part. The facts seem to amply support the verdict, and believing appellant to have had a fair trial and that no error appears in the record, an affirmance will be ordered.

*Affirmed.*